Argued and submitted January 7, review dismissed as improvidently allowed January 27, 1994

In the Matter of C. and K., Children.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Respondent on Review,*

*v.*

James CORNETT
and Shannon Huskey,
*Petitioners on Review,*

*and*

Karin CORNETT,
fka Karin Huskey,
*Respondent on Review.*

(CC 86110; CA A70521 (Control); SC S40547)

In the Matter of the Marriage of

Shannon HUSKEY,
*Petitioner on Review,*

*and*

Karin HUSKEY,
nka Karin Cornett,
*Respondent on Review.*

Michael A. Greenlick, Portland, argued the cause and filed the petition for petitioner on review James Cornett.

Peter Miller, Portland, argued the cause and filed the petition for petitioner on review Shannon Huskey.

Janie M. Burcart, Assistant Attorney General, Salem, argued the cause for respondent on review State ex rel Juvenile Department of Multnomah County. With her on the response to the petitions were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Michael C. Livingston, Assistant Attorney General, Salem.

No appearance *contra* for respondent on review Karin Cornett, fka Karin Huskey.

No appearance *contra* for the children.